IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-33081-H1-13 |
| **Dustin Brown** | § | |
| | § | |
| | § | **CHAPTER 13** |

## WAGE DEDUCTION ORDER

| Employer | Chapter 13 Trustee<br>(Payments must be sent to this address) |
|---|---|
| Trendsetter Engineering<br>10430 Rodgers Road<br>Houston, TX 77070 | David G. Peake<br>Chapter 13 Trustee<br>PO Box 2158<br>Memphis, TN 38101-2158 |

The Court orders:

1. Employer must deduct the following amounts from wages payable to Dustin Brown and send the deducted funds to the Chapter 13 Trustee:

| Monthly | Semi-monthly | Bi-Weekly | Weekly |
|---|---|---|---|
| $3,400.00 | $1,700.00 | $1,569.23 | $784.62 |

2. The first deduction must occur no later than the first payday following 7 days after the Employer receives this order. Deducted amounts must be submitted to the Chapter 13 Trustee within 7 days of the date of the deduction. **The Employer must not charge or require a fee or other cost for compliance with this Order**.

3. The Chapter 13 Trustee must submit a copy of this Wage Deduction Order to the Employer within 7 days of entry.

4. The Chapter 13 Trustee may amend the amount of the payments that are due under this Wage Deduction Order by sending a Notice of Wage Order Adjustment received by the Employer from the Chapter 13 Trustee.

**5. This Order is NOT subject to any limitation under state or federal law regarding wage garnishments.**

6. This order remains effective until terminated by Order of this Court.